NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TURNER CONSTRUCTION CO., INC.,
*Plaintiff-Appellee,*

v.

UNITED STATES,
*Defendant-Appellant,*

**and**

MCCARTHY/HUNT, JV,
*Defendant,*

**and**

B.L. HARBERT-BRASFIELD & GORRIE, JV,
*Defendant-Appellant.*

---

2010-5146, -5158

---

Appeals from the United States Court of Federal Claims in case no. 10-CV-195, Senior Judge Bohdan A. Futey.

---

ON MOTION

---

ORDER

B.L. Harbert-Brasfield & Gorrie, JV, moves for a 28-day extension of time, until December 10, 2010, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV   8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Scott M. McCaleb, Esq.
     Laurence Schor, Esq.
     Anuj Vohra, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

JAN HORBALY
CLERK